UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

                                        PRELIMINARY ORDER
                                        OF FORFEITURE

                                        05-CR-0722 (S-1)

        - against -
                                        (Wexler, J.)

GILBERT SLATER III,
also known as
"Grandmaster4280@aol.com,"

                Defendant.

- - - - - - - - - - - - - - - - - X

        WHEREAS, in the Superseding Indictment in the above-
captioned case, the United States of America seeks the forfeiture
of certain properties of the Defendant GILBERT SLATER III (the
"Defendant"), pursuant to 18 U.S.C. § 2253, including, but not
limited to, property which is subject to forfeiture as a result
of his violation of 18 U.S.C. § 2252A; and

        WHEREAS, on or about February 1, 2006, the Defendant
pleaded guilty to the Superseding Indictment charging a violation
of 18 U.S.C. §§ 2252A(a)(1) and 2252A(a)(5)(B) and the Forfeiture
Allegation contained therein; and

        WHEREAS, as part of his plea agreement, the defendant
consents to forfeit certain property specified in the Superseding
Indictment.

        IT IS HEREBY ORDERED, ADJUDGED AND DECREED, on consent,
by and between the United States and the Defendant as follows:

2

1.    The Defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, all of his right, title and interest in the following property:

(a) One Computer Processing Unit, manufacturer unknown, serial number 014141070;

(b) Eighty-Seven CD-Rom disks; and

(c) One Trunk containing assorted children's underwear.

2.    The Defendant agrees that all of the above-named properties (the "Forfeited Properties") constitute: (a) visual depictions described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A or 2260, or other matter containing such visual depictions produced, transported, mailed, shipped or received in violation of 18 U.S.C. Ch. 110; (b) property, real and personal, constituting or traceable to gross profits and other proceeds obtained from such offenses; and/or (c) property, real or personal, used or intended to be used to commit or to promote the commission of said offenses, and thus are subject to forfeiture to United States.

3.    The Department of Treasury shall publish notice of this Order, in accordance with the custom and practice in this district, in a newspaper of general circulation and of its intent to dispose of the subject assets in such a manner as the Attorney General or his designee may direct.  The United States may, to the extent practicable, provide direct written notice to any person known or alleged to have an interest in the Forfeited

3

Properties as a substitute for published notice as to those persons so notified.

4. Any person, other than the Defendant, asserting a legal interest in the forfeited property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his alleged interest in the property, and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n)(6).

5. Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. If no third party files a timely claim, this Order, together with Supplemental Preliminary Orders of Forfeiture, if any, shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2).

6. The United States shall have clear title to the forfeited properties identified above following the Court's entry of the judgment of conviction.

7. The Court shall retain jurisdiction over this action to enforce compliance with the terms of this Preliminary Order.

4

8.    The Clerk of the Court is directed to send, by inter-office mail, five certified copies of this executed Order of Forfeiture to Assistant United States Attorney Richard T. Lunger, United States Attorney's Office, Eastern District of New York, 610 Federal Plaza, 5th Floor, Central Islip, New York 11722.

Dated: Central Islip, New York
       February   , 2007

_____
HONORABLE LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE