USA v. _Gilbert Slater III_ DATE: _February 1, 2007_

CR _05-722 (LDW)(S-1)_

## STANDARD PLEA[1]

### THE GOVERNMENT IS TO FIRST COMPLETE ITEMS 22 & 23.

### EACH DEFENDANT, BEFORE TAKING A PLEA, IS

### OBLIGATED TO READ AND COMPLETE THE QUESTIONS

### AND ANSWER AS SET FORTH BELOW

1. MR. _Gilbert Slater III_ before accepting your plea there are a number of questions I must ask to assure that it is a valid plea. If you do not understand any of my questions, please say so and I will reword the question.

2. Will the Clerk please swear the defendant.

3. Do you understand that, having been sworn, your answers to my questions will be subject to the penalties of perjury or of making a false statement if you do not answer truthfully? YES _✓_ NO ___

4. What is your full name? _Gilbert Slater_

5. How old are you? _26_

6. Are you a citizen of the United States? YES _✓_ NO ___

---

[1] March 3, 2005 (Rev. 10)

7. If you are not a citizen of the United States, have you discussed with counsel whether or not your guilty plea will have any effect on your ability to remain in this country?

YES ____ NO ____  N/A

8. Are you satisfied that you understand the effect that a guilty plea in this case may have on your right to remain in this country after any sentence is served?

YES ____ NO ____  N/A

9. What is the highest schooling or education you have had? ____GED____ 10th Grade +

10. Are you presently or have you been recently under the care of a physician or psychiatrist?   YES __✓__ NO ____

11. In the past 24 hours, have you taken any narcotic drugs, medicine or pills or drunk any alcoholic beverage?   YES ✓ NO __ Mothin for Back Pain

Have you ever been hospitalized or treated for narcotic addiction?

YES ____ NO __✓__

Is your mind clear?   YES __✓__ NO _____

Do you understand what is going on here?   YES __✓__ NO _____

12.   TO DEFENSE COUNSEL:

Have you discussed this matter with your client?   YES __✓__ NO ___

Does he understand the rights he would be waiving by pleading guilty?

YES __✓__ NO ___

Is he capable of understanding the nature of these proceedings? YES__✓__ NO ___

Do you have any doubt as to the defendant's competency to plead at this time?

YES ___ NO __✓__

## TO THE DEFENDANT

13.    You have a right to plead not guilty. Do you understand? YES ✓ NO __

14.    If you plead not guilty, under the constitution and laws of the United States you are entitled to a speedy and public trial by jury with the assistance of counsel on the charges. Do you understand? YES ✓ NO ___

15. At the trial, you would be presumed to be innocent and the government would have to overcome that presumption and prove you guilty by competent evidence and beyond a reasonable doubt and you would not have to prove that you are innocent. And if the government failed, the jury would have the duty to find you not guilty. Do you understand? YES ✓ NO __

16. In the course of the trial, the witnesses for the government have to come to Court and testify in your presence and your counsel has the right to cross-examine the witnesses for the government, to object to evidence offered by the government and to offer evidence on your behalf. Do you understand?    YES ✓ NO _____

17. At the trial, while you would have the right to testify if you choose to do so, you would not be required to testify. Under the Constitution of the United States, you cannot be compelled to incriminate yourself. If you decided not to testify, the Court would instruct the jury that they could not hold that against you. Do you understand? YES ✓ NO ____

18. If you plead guilty and if I accept the plea, you will be giving up your constitutional rights to a trial and the other rights I have just discussed. There will be no further trial of any kind and no right to appeal or collaterally attack at any time question whether you are guilty or not. A judgment of guilty will be entered on the basis of your guilty plea which judgment can never be challenged. However, you have the right to appeal with respect to sentence. Do you understand? YES ✓ NO ____ *Plea agreement limits this Right*

19. If you plead guilty, I will have to ask you questions about what you did in order to satisfy myself that you are guilty of the charge(s) to which you seek to plead guilty and you will have to answer my questions and acknowledge your guilt. Thus, you will be giving up your right not to incriminate yourself. Do you understand? YES __✓__ NO _____

20. Are you willing to give up your right to a trial and the other rights I have just discussed? YES __✓__ NO _____.

21. What agreement, if any, do you have with the government concerning the plea and sentence?

## (THE GOVERNMENT WILL ANSWER FIRST.)

22. The government is to list whether there is any waiver of appeal, or other waiver of rights included in the plea agreement.

P #4 — 360 months or below

23. The Government to fill in the elements of the crime charged.

Count One

a) March 16, 2005 in EDNY

b) Knowingly & intentionally transport in interstate commerce

c) child pornography

d) by means of computer

Count Six

August 18, 2005 in EDNY

K. & i. possess materials containing images of child pornography

which had been transported in interstate commerce

24. Are you aware of the elements of the crime which you are charged and as to which you wish to plead guilty? YES __✓__ . NO _____

25. Have you discussed with your counsel the charge(s) and the (Superseding) indictment/information to which you intend to plead guilty? YES ___✓___ NO _____

26. Do you understand the charge(s) in the (Superseding) indictment/information which you are pleading guilty to? YES __✓__ NO _____

27. Do you know the maximum sentence and fine I might impose on each of the charges to which you are seeking to plead guilty? YES ___✓___ NO _____

28. The maximum possible penalty under Count _1_ is __20__ years in jail plus a fine of $_250 K_. (If more than one count to which defendant intends to plea, follow same procedures with respect to each count.)        Count 2        10 yrs

Do you realize there is a $100 Special Assessment Fine for each Count?

(Corporate defendant is a $400.00 Special Assessment Fine for each Count.)

YES __✓__ NO _____

Do you realize the Court may order restitution if it so directs? YES _✓_ NO ___

Also, do you realize that if any jail time is imposed, a period of __3__ years of Supervised Release must be imposed? YES __✓__ NO _____

29.(a)  Have you discussed the Sentencing Guidelines with your attorney?

YES __✓__ NO _____

(b)  Do you understand that the Sentencing Guidelines are not mandatory, but that, in sentencing, the District Court is required to consider the applicable Guidelines range along with the factors listed in 18 U.S.C. § 3553(a)?

YES __✓__ NO

(c)  Also do you realize that if the sentence is more severe that you expected you

will be bound by your guilty pleas and will not be permitted to withdraw it?

YES __✓__    NO _____

30. Do you have any questions you would like to ask me about the charge(s)

or your rights, or anything else relating to this matter?    YES ___    NO __✓__

31. PLEA

1. Are you ready to plead? YES __✓__ NO _____

2. TO DEFENSE ATTORNEY:

Do you know any legal reason why defendant should not plead guilty?

YES _____ NO __✓__

3. Are you satisfied with your legal representation up until this point?

YES __✓__ NO _____

3a. What is your plea? ____Guilty_____

4. Are you making the plea of guilty voluntarily and of your own free

will? YES __✓__ NO _____

5. Has anyone threatened or forced you to plead guilty? YES ___ NO __✓__

6. Other than the agreement with the government as stated on the record,

has anyone made any promises that caused you to plead guilty?    YES _____ NO __✓__

7. Has anyone made any promise to you as to what your sentence will be?

YES ___ NO __✓__

8. Did you, as charged in Count _____, on or about _____ in _____

_____

(summarize the accounts/acts charged in the Count in the indictment).

9. Describe in your own words what you did in connection with the acts

charged in Count \_\_\_. (You do not have to fill this in.  The Court will take this portion in open Court).

10.  The government is to outline their proof.

11.  Based upon the information given to me, I find the defendant is acting voluntarily, fully understands his/her rights and the consequences of his/her plea and that there is a factual basis for the plea.  I, therefore, accept the plea of guilty to Count(s) \_\_\_\_\_ of the (Superseding) Indictment/Information.


_Gilbert G Slater III_
(Defendant)

_Tracey J Gaffey_
(Attorney)
Address:
_460 Federal Plaza_
_Central Islip, NY_
PHONE: _762 - 6500_
(Please print)